

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Arthur Robison, Appellant

No. 06-17-00082-CR     v.

The State of Texas, Appellee

Appeal from the 16th District Court of Denton County, Texas (Tr. Ct. No. F15 2041-16). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by reducing the amount of assessed court costs from $484.00 to $384.00. As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Arthur Robison, pay all costs of this appeal.

RENDERED OCTOBER 18, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk